■ ETHEL C. GEARING et al., Individually and as Stockholders of RADIUM CHEMICAL COMPANY, INC., Suing in Behalf of Themselves and for the Benefit of Said Corporation and All Other Stockholders of Said Corporation, Appellants, v. JOSEPH A. KELLY et al., Respondents.— Order, entered on February 24, 1961, denying plaintiffs' application to enjoin defendants from holding a

**622**

meeting of the board of directors of respondent corporation, *pendente lite*, and for other relief, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.